No. 333. McCann v. Clark. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Mr. Justice Clark took no part in the consideration or decision of this application.

No. 43, Misc. Tabor v. Hiatt, Warden. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for respondent.

No. 45, Misc. Maislish v. United States. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 48, Misc. Byers v. United States. C. A. 10th Cir. Certiorari denied.

No. 81, Misc. Nero v. United States. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 88, Misc. Martin v. United States. C. A. 4th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 126. Misc. Turpin v. Warden of the Green Haven Prison. C. A. 2d Cir. Certiorari denied. *Henry*